In the Matter of KENMORE GRANVILLE HOTEL CO., Debtor.

Nettie MEYER et al. v. SECURITIES SERVICE CORPORATION.

No. 5704.

Circuit Court of Appeals, Seventh Circuit.

Feb. 27, 1936.

Meyer Abrams, of Chicago, Ill., for appellant.

Claude A. Roth, Harry E. Smoot, Max Frederick Goldberg, Irving Flamm, Arthur M. Cox, and Isaac E. Ferguson, all of Chicago, Ill., for appellees.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

Adele M. KEUNE, Guardian, etc., et al., Appellants, v. GUARDIAN LIFE INSURANCE COMPANY.

No. 10638.

Circuit Court of Appeals, Eighth Circuit.

April 1, 1936.

Joseph T. Davis and Taylor Sandison, both of St. Louis, Mo., for appellants.

Jones, Hocker, Gladney & Jones, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on agreement of counsel.

Adele M. KEUNE, Guardian, etc., et al., Appellants, v. GUARDIAN LIFE INSURANCE COMPANY.

No. 10639.

Circuit Court of Appeals, Eighth Circuit.

April 1, 1936.

Joseph T. Davis and Taylor Sandison, both of St. Louis, Mo., for appellants.

Jones, Hocker, Gladney & Jones, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on agreement of counsel.

A. E. KRISE, Receiver of The FIDELITY LAND & INVESTMENT CORPORATION, Appellant, v. UNITED STATES of America, Appellee.

No. 4009.

Circuit Court of Appeals, Fourth Circuit.

April 23, 1936.

T. J. Wool, of Norfolk, Va., for appellant.

Sterling Hutcheson, U. S. Atty., of Norfolk, Va. (H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va., on the brief), for the United States.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The decree in this case is affirmed on the authority of Prince William County v. United States (C.C.A.) 79 F.(2d) 1007 and cases cited.

Affirmed.